976 F.2d 726
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Muhammad 'Isa MUNIYR, Plaintiff-Appellant,
v.
James E. AIKEN; Kenneth McKellar; Patricia Satterfield;
Correctional Officer Cobb; Medical Department, Central
Correctional Institution; Parker Evatt, Commissioner South
Carolina Department of Corrections, Defendants-Appellees.
 No. 92-6355.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: July 21, 1992
Decided: September 29, 1992
 
 Appeal from the United States District Court for the District of South Carolina, at Columbia. Charles E. Simons, Jr., Senior District Judge. (CA-90-2483-3-6K)
 Muhammad 'Isa Muniyr, Appellant Pro Se. Leslie Arlen Cotter, Jr., RICHARDSON, PLOWDEN, GRIER & HOWSER, Columbia, South Carolina, for Appellees.
 D.S.C.
 AFFIRMED.
 Before SPROUSE, NIEMEYER, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 OPINION
 
 1
 Muhammad 'Isa Muniyr appeals from the district court's order denying relief under 42 U.S.C. § 1983 (1988). Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Muniyr v. Aiken, No. CA-90-2483-3-6K (D.S.C. Mar. 17, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED